| | | | |
|---|---|---|---|
| Com. v. Imhoff................ | 1597 WDA 2014<br>Affirmed | 06/30/2016 | CP–63–CR–0000281–2013<br>CP–63–CR–0001497–2013<br>(Washington) |
| Com. v. Coleman............. | 71 WDA 2015<br>Affirmed | 06/30/2016 | CP–02–CR–0015970–2012<br>(Allegheny) |
| Com. v. Feracioly ........... | 912 WDA 2015<br>Affirmed | 06/30/2016 | CP–10–CR–0001762–2006<br>CP–10–CR–0002004–2006<br>CP–10–CR–0002158–2006<br>(Butler) |
| Com. v. Nevels............... | 949 WDA 2015<br>Affirmed | 06/30/2016 | CP–02–CR–0015604–2014<br>(Allegheny) |
| Com. v. Luster .............. | 1013 WDA 2015<br>Affirmed | 06/30/2016 | CP–02–CR–0012070–2014<br>(Allegheny) |
| Com. v. Lipphardt .......... | 1921 WDA 2015<br>Affirmed | 06/30/2016 | CP–20–CR–0001162–2014<br>(Crawford) |
| Com. v. Troop [30] ............ | 2021 WDA 2015<br>Affirmed | 06/30/2016 | CP–25–MD–0001235–1988<br>(Erie) |
| Com. v. Fair ................ | 202 WDA 2016<br>Affirmed | 06/30/2016 | CP–10–CR–0000480–2004<br>(Butler) |

[30]. Petition for reargument denied August 17, 2016.